## 49229. TUCK v. FIDELITY & CASUALTY COMPANY OF NEW YORK et al.

CLARK, Judge.[1]

Is a standard form agreement dealing with

---

[1] This opinion from one noted for "Legal Logorrhea"

workmen's compensation bearing the board's approval valid when signed only by the employee and by the employer's insurance carrier? The answer is "Yes." The insurer is considered to be the *alter ego* of its insured, the employer. *Mull v. Aetna Cas. &c. Co.,* 20 Ga. App. 791 (172 SE2d 147); *Yancey v. Green,* 129 Ga. App. 705 (201 SE2d 162). Additionally, in defining "Employer" the statute provides "If the employer is insured, this term [employer] shall include his insurer as far as applicable." Code Ann. § 114-101.

*Judgment affirmed. Bell, C. J., and Quillian, J., concur.*

ARGUED APRIL 1, 1974 — DECIDED APRIL 23, 1974 — REHEARING DENIED MAY 15, 1974 —

*Robert T. Efurd, Jr., W. C. Dominy,* for appellant. *Charles L. Drew,* for appellees.

---

is aimed to match those of my colleagues who possess the charism of simplification.